In the Matter of the Claim of MARY DONOVAN, Appellant, against 111 WEST SIXTEENTH STREET CORPORATION and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dispense with printing of record on appeal denied, without costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of FRANCIS GANLEY, Respondent, against JOHN ARBORIO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied, with ten dollars costs to the employer and the insurance carrier against the State Industrial Board, on the ground that the motion was prematurely made on account of the failure to get the record from the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ELIZABETH BAIN, Respondent, against RENDELL & MOWAT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of LEE LYMAN and BERT COOK, Respondents, against MILLER BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of FRANK CARPENTER, Respondent, against IGNATIUS BOLESKI and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CLINTON SMITH, Respondent, against DANZIGER BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Motion for leave to appeal to the Court of